OPINION — AG — THOSE JUSTICES OF THE PEACE WHO WERE IN OFFICE ON THE EFFECTIVE DATE (JUNE 3, 1955) OF 28 O.S.H. 51) MAY NOT CHARGE, RECEIVE AND COLLECT THE INCREASED FEES PRESCRIBED BY SAID ACT UNTIL THE BEGINNING OF THE NEXT TERM OF OFFICE. THOSE JUSTICE OF THE PEACE WHO ARE APPOINTED OR ELECTED TO THEIR OFFICES AFTER THE EFFECTIVE DATE OF 1955 ACT SHOULD " CHARGE, RECEIVE, AND COLLECT " THE INCREASED FEES THEREIN PROVIDED. CITE: 28 O.S.H. 51, ARTICLE XXIII, SECTION 10 (JAMES P. GARRETT)